UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                Plaintiff,  )   CASE NO.   CR06-458 JCC
     v.  )
KEEVE LEE WILSON,  )   DETENTION ORDER
                Defendant.  )

Offenses charged:

    Counts I & II:    Assault on a Federal Officer, in violation of Title 18, Section 111(a)(1) and (b).

Date of Detention Hearing: January 16, 2007.

The Court conducted an initial appearance, plea and an uncontested detention hearing pursuant to Based upon the factual findings and statement of reasons for detention hereafter set forth, the court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by William Redkey. The defendant was represented by Carol Koller.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1) Following a plea to two counts of Assault on a Federal Officer, the Court considered whether to release the defendant, Mr. Wilson. The United States urged his continued detention in view of his current status, serving a sentence in state custody, and the pending sentencing in this matter.

    (2) Defendant stipulated to detention.

Thus, the Court held the defendant on its findings there is no condition or combination of

conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of January, 2007.

MONICA J. BENTON
United States Magistrate Judge