THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-0458-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEEVE LEE WILSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the evidentiary hearing (Dkt. No. 77). The Court, finding good cause, GRANTS the motion. The evidentiary hearing is now set for June 27, 2017, at 9 a.m.

DATED this 19th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR06-0458-JCC
PAGE - 1