THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>KEEVE LEE WILSON,<br><br>Defendant. | CASE NO. CR06-0458-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to allow a substitution of counsel (Dkt. No. 79). The parties have agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel. Pursuant to Local Criminal Rule 5(g), the motion is GRANTED. It is ORDERED that Nancy Tenney shall be allowed to withdraw and Emily M. Gause be substituted as counsel for Defendant Keeve Wilson.

DATED this 6th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk