THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR06-0458-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEEVE LEE WILSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motion to continue the evidentiary hearing (Dkt. No. 82). The Court, finding good cause, GRANTS the motion. The evidentiary hearing is continued to September 26, 2017, at 9 a.m.

DATED this 21st day of June 2017.

                                                  William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk